*General Wideman,* and *Messrs. James W. Morris, Norman D. Keller,* and *Carlton Fox* for respondent.

No. 880. McCANDLESS, RECEIVER, *v.* FURLAUD ET AL. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Ralph Royall* for petitioner. *Messrs. Louis B. Eppstein, Ira W. Hirshfield,* and *Louis J. Altkrug* for respondents.

No. 872. BASSICK MANUFACTURING Co. *v.* R. M. HOLLINGSHEAD Co. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. Lynn A. Williams* for petitioner. *Messrs. Frank S. Busser, Leonard L. Kalish,* and *Charles N. Burch* for respondent.

No. 906. ROGERS ET AL. *v.* ALEMITE CORP. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Leonard L. Kalish* and *W. G. Doolittle* for petitioners. No appearance for respondent.

No. 926. WHITE, FORMER COLLECTOR OF INTERNAL REVENUE, *v.* POOR ET AL., EXECUTORS. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Ap-